

| | THE CITY OF NEW YORK | |
|---|---|---|
| **GEORGIA PESTANA**<br>*Acting Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KATHLEEN D. REILLY**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-2663<br>Fax: (212) 356-3558<br>Email: kareilly@law.nyc.gov |

March 23, 2021

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re: Keith Boykin v. City of New York
       21 Civ. 1362 (AJN)

Your Honor:

  I am an Assistant Corporation Counsel in the Office of Georgia Pestana, Acting Corporation Counsel of the City of New York, and the attorney for defendant City of New York ("City") in the above-mentioned matter. Defendant writes respectfully to request (1) a reset of the deadlines on the docket sheet in accordance with Local Civil Rule 83.10, which governs this case; and (2) an adjournment of the initial pretrial conference, presently scheduled for 3:00 p.m. April 30, 2021. Plaintiff's counsel, Eliezer Honig, Esq., consents to this request.

  By way of background, plaintiff brings this action, pursuant to 42 U.S.C. § 1983, alleging, *inter alia*, false arrest and unlawful search and seizure during his arrest on or about May 30, 2020. On February 22, 2021, this case was designated for participation in Local Civil Rule 83.10. (ECF Docket Entry date February 22, 2021.) The City was served on March 2, 2021, and in accordance with Local Civil Rule 83.10, defendant's answer is due 80 days after service of the first defendant, or by May 21, 2021. (ECF No. 14.) The docket sheet, however, does not reflect the proper time for the City to answer as afforded by Local Civil Rule 83.10. In an abundance of caution and in order avoid any prejudice to defendant, the parties have conferred and jointly propose the following timeline in accordance with Rule 83.10:

    1. Answer Due          May 21, 2021;

    2. Deadline for Meet and Confer    June 4, 2021;

    3. Initial Disclosures Due       June 11, 2021;

    4. Additional Discovery Due     June 18, 2021;

    5. Deadline for Amending Complaint  July 2, 2021;

- 2 -

| | | |
|---|---|---|
| 6. | Deadline for Settlement Demand | July 2, 2021; |
| 7. | Response to Demand | July 16, 2021; and |
| 8. | Mediation Scheduled By | August 21, 2021. |

      Additionally, the Court has scheduled an initial pretrial conference in this matter on April 30, 2021 at 3:00 p.m. In light of the City's time to answer as afforded by Local Civil Rule 83.10, however, the conference is scheduled prior the deadline for the City to respond to the complaint. As such, defendant respectfully requests an adjournment of the April 30, 2021 conference to a date and time convenient to the Court after the City files its answer and conducts mediation in accordance with Local Civil Rule 83.10. Should the Court be inclined to grant this request, the parties have conferred and are available the following dates: August 25, 2021; August 26, 2021; or August 30, 2021.

      Defendant thanks the Court for its time and consideration.

Respectfully submitted,

*Kathleen D. Reilly*

Kathleen D. Reilly
Assistant Corporation Counsel

cc:   **BY ECF**
       Eliezer Honig, Esq., *Attorney for Plaintiff*
       Claudia Lorenzo, Esq., *Attorney for Plaintiff*

> The Court hereby adopts the parties' proposed schedule. The initial pre-trial conference is adjourned to August 26, 2021 at 3:00 p.m.
> SO ORDERED.

*[Signature]*
3/25/21
SO ORDERED.
ALISON J. NATHAN, U.S.D.J.