

**Elie Honig**
**Special Counsel**

1251 Avenue of the Americas
New York, New York 10020

T: 973.597.6252
E: ehonig@lowenstein.com

August 13, 2021

**BY ECF**
Honorable Alison J. Nathan
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/16/21

> The initial pretrial conference is hereby ADJOURNED to October 15, 2021, at 3:00 p.m.
> SO ORDERED.

Re: <u>Keith Boykin v. City of New York</u>
21 Civ. 1362 (AJN)

Your Honor:

I am the attorney for Plaintiff Keith Boykin ("Plaintiff") in the above-referenced matter. Plaintiff writes respectfully to request an adjournment of (1) the deadline for the proposed civil case management plan and scheduling order, presently scheduled for August 19, 2021, and (2) the initial pre-trial conference, presently scheduled for August 26, 2021, at 3:00 PM. Defendant's counsel, John L. Garcia, Esq., consents to this request. SO ORDERED.

The parties believe that additional settlement discussions over the coming weeks may prove fruitful in bridging the gap between the parties' respective positions on a settlement amount. The parties propose that Your Honor grant an adjournment of time so that they can make an additional effort to resolve the matter amongst themselves. As such, Plaintiff respectfully requests an adjournment of the initial pre-trial conference to a later date and time convenient to the Court. Should the Court be inclined to grant this request, the parties have conferred and are available the following dates: October 5, 2021; October 6, 2021; October 7, 2021; October 12, 2021; October 13, 2021; and October 14, 2021. Should the Court not have availability during those proposed dates, the parties can accommodate later dates scheduled by the Court.

Consistent with the Court's previous timeline, the proposed civil case management plan and scheduling order would be due seven days prior to the rescheduled initial pre-trial conference date.

Plaintiff thanks the Court for its time and consideration.

Respectfully submitted,

*Elie Honig*

Elie Honig, Esq.
Claudia Lorenzo, Esq.

cc:    **BY ECF**
       John L. Garcia, Esq., *Attorney for Defendant*

SO ORDERED.   8/16/21
ALISON J. NATHAN, U.S.D.J.