```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
KEITH BOYKIN,                            :
                    Plaintiff,           :
        -v-                              :
                                         :      21cv1362(DLC)
CITY OF NEW YORK,                        :
                                         :         ORDER
                    Defendant.           :
---------------------------------------- X
```

DENISE COTE, District Judge:

On November 15, 2021, defendant filed a motion for judgment on the pleadings pursuant to Rule 12(c), Fed. R. Civ. P. On November 29, the plaintiff filed an opposition to the motion for judgment on the pleadings and requested leave to amend the complaint. This action was reassigned to the Court on April 10, 2022. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **May 6, 2022**. It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if an amended complaint is filed, the defendants shall move or respond to the amended complaint by **May 27**. If the defendant renews their motion for judgment on the pleadings, plaintiff shall file any opposition

to the motion to dismiss by **June 17**.  Defendants' reply, if any, shall be filed by **July 1**.

Dated:    New York, New York
          April 15, 2022

                                    _____
                                            DENISE COTE
                                    United States District Judge