UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEITH BOYKIN,<br><br>                    Plaintiff,<br><br>v.<br><br>THE CITY OF NEW YORK,<br><br>                    Defendant. | Case No. 1:21-cv-01362<br><br>NOTICE OF WITHDRAWAL<br>OF APPEARANCE |

PLEASE TAKE NOTICE that Claudia Lorenzo of the law firm of Lowenstein Sandler LLP hereby withdraws her appearance on behalf of Plaintiff, Keith Boykin, and should no longer receive ECF notifications for the above-captioned matter.  Plaintiff continues to be represented by Elie Honig and Andrew Dubin of Lowenstein Sandler LLP.

Dated: July 26, 2022
    New York, New York

                              By:    s/ *Claudia Lorenzo*
                                     Claudia Lorenzo
                                     clorenzo@lowenstein.com (admitted *pro hac vice*)
                                     **LOWENSTEIN SANDLER LLP**
                                     1251 Avenue of the Americas
                                     New York, New York 10020
                                     Telephone: (212) 262-6700
                                     Facsimile: (212) 262-7402

                                     *Counsel for Plaintiff Keith Boykin*