**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KEITH BOYKIN

                      Plaintiff,

     -against-                                         21 **CIVIL** 1362 (DLC)

                                                                  **JUDGMENT**

THE CITY OF NEW YORK,

                      Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 29, 2022, Defendant's motion to dismiss is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 30, 2022

                                                                      **RUBY J. KRAJICK**

                                                                       Clerk of Court

                               **BY:**

                                                                         **Deputy Clerk**