**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KEITH BOYKIN,

                    Plaintiff,

          -against-

THE CITY OF NEW YORK

                    Defendant.

Civil Action No.: 1:21-CV-1362 (DLC)

**NOTICE OF APPEAL**

      **PLEASE TAKE NOTICE** that Plaintiff Keith Boykin ("Plaintiff") hereby appeals on an expedited basis to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the United States District Court for the Southern District of New York entered on September 29, 2022, granting Defendant the City of New York's motion to dismiss Plaintiff's amended complaint for failure to state a claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

      Plaintiff requests expedited treatment of the above-referenced appeal under Local Rule 31.2(b)(1)(B) for the Second Circuit.

Dated:  New York, New York
          October 10, 2022

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

By: /s/ *Andrew Dubin*
      Andrew Dubin, Esq.
      1251 Avenue of the Americas
      New York, New York 10020
      Telephone: 646.414.6864
      Fax: 973.597.2400
      adubin@lowenstein.com

*Attorney for Plaintiff Keith Boykin*